
**SEALED**

U.S. Department of Justice
United States Attorney

FILED

JUL 29 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# United States District Court
# Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **SA20CR0324XR** |
| v. ) | |
| ) | |
| RUBI ESMERELDA MONSIVAIS (2) ) | |
| ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

RUBI ESMERELDA MONSIVAIS

ENTERED at San Antonio, Texas, this 29th day of July, 2020.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **RUBI ESMERELDA MONSIVAIS** be detained without bond after a hearing.