## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CAUSE NO: 5:20-CR-0324-2** |
| | § | |
| **RUBI ESMERELDA MONSIVAIS** | § | |

## DEFENDANT'S NOTICE TO ESTABLISH ATTORNEY AS COUNSEL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

NOW COMES, RUBI ESMERELDA MONSIVAIS, Defendant in the above-entitled and numbered cause, by and through the undersigned counsel, and hereby files this Notice to Establish Attorney in the above-entitled and numbered cause, and would respectfully show this Honorable Court as follows:

I.

ALAN BROWN has been hired by Defendant RUBI ESMERELDA MONSIVAIS, to represent him as counsel in the above-entitled and numbered cause.

II.

The undersigned are licensed to practice law in the United States District Court, Western District of Texas.

WHEREFORE, premises considered, Defendant respectfully requests that ALAN BROWN be established as Counsel for Defendant, RUBI ESMERELDA MONSIVAIS, in the above-entitled and numbered cause.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (F)
federal@alanbrownlawoffices.com


_____/S/_____
ALAN BROWN
BAR NO. 03090000


ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE


I hereby certify that on the 12th day of August 2020, the foregoing Motion was filed

with the Clerk of Court via email and will send notification of such filing to the following:

U.S. Attorney's Office
601 NW Loop 410 #600,
San Antonio, TX 78216

_____/S/_____
ALAN BROWN
BAR NO. 03090000

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CAUSE NO: 5:20-CR-0324-2** |
| | § | |
| **RUBI ESMERELDA MONSIVAIS** | § | |

## ORDER

On this date came to be considered Defendant's Notice to Establish Attorney as Counsel. After consideration of same, the Court is of this opinion that said Notice is hereby:

GRANTED     or     DENIED

IT IS HEREBY FURTHER ORDERED THAT: _____

_____

_____

SIGNED and ENTERED on this the\_\_\_\_\_ day of _____, 2020.


_____
U.S. DISTRICT JUDGE