AO 94 (Rev. 12/03) Commitment to Another District                                    United States District Court

Southern District of Texas

**ENTERED**

August 11, 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ Texas _____

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| V. | **DISTRICT** |
| RUBI ESMERELDA MONSIVAIS | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | SA:20-CR-324-02 | 5:20-MJ-1609-01 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

√ Indictment      ☐ Information      ☐ Complaint      ☐ Other (specify)

charging a violation of        18 & 8     **U.S.C. §**     922(g)(5) & 1326(a)

**DISTRICT OF OFFENSE**

Western District of Texas/San Antonio Division

**DESCRIPTION OF CHARGES:**

Illegal Alien possession of a firearm, & Illegal re-entry into the United States.

**CURRENT BOND STATUS:**

       Bail fixed at _____ and conditions were not met

       Government moved for detention and defendant detained after hearing in District of Arrest

       Government moved for detention and defendant detained pending detention hearing in District of Offense

  √ Other (specify)    Deft waives all hearings in the SDTX-Laredo Division

| **Representation:** | Retained Own Counsel | ✔ Federal Defender Organization | CJA Attorney | None |
|---|---|---|---|---|

| **Interpreter Required?** | No | ✔ Yes | Language: | Spanish |
|---|---|---|---|---|

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____ August 11, 2020 _____          _____

          Date                                              Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |