# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:20-CR-00324(2)-XR |
| | § | |
| (2) RUBI ESMERALDA MONSIVAIS | § | |

## ORDER SETTING SENTENCING

  IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 3, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Wednesday, October 27, 2021 at 01:30 PM**.

  IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

  IT IS SO ORDERED this 23rd day of July, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE