UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO:  SA:20-CR-00324(2)-XR |
| § | |
| (2) RUBI ESMERALDA MONSIVAIS § | |

***O R D E R***

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for October 25, 2021 .  Upon consideration, the Court is of the opinion that the motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Unopposed Motion to Continue Sentencing **(Doc. #95)** is **GRANTED**.

It is **FURTHER ORDERED** that the above entitled and numbered cause is rescheduled for **Sentencing on Monday, December 13, 2021, at 1:30 PM** in Courtroom Number 3, First Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar Chavez Boulevard., San Antonio, Texas.

Signed this 24th day of October, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE